UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN CHARNOT, | ) | |
| | ) | No. 17 CR 809-1 |
| Defendant, | ) | |
| | ) | Judge Alonso |
| and | ) | |
| | ) | |
| AVENUE LOGISTICS , LLC., | ) | |
| | ) | |
| Third-Party Respondent. | ) | |
| | ) | |

## NOTICE OF MOTION

To: See attached service list.

PLEASE TAKE NOTICE that on March 25, 2025 at 2:00 p.m. at the opening of court or as soon thereafter as counsel may be heard, I will appear before Judge Alonso in the courtroom usually occupied by him in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and present the attached Motion of the United States for Turnover Order at which time and place you may appear, if you see fit.

    Respectfully submitted,

    MORRIS PASQUAL
    Acting United States Attorney

    By: s/ Scott D. Heffron
        SCOTT D. HEFFRON
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        312-886-4190
        scott.heffron@usdoj.gov

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

> MOTION OF THE UNITED STATES FOR TURNOVER ORDER and NOTICE OF MOTION

were served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on or before March 14, 2025, to the following non-ECF filers:

| | |
|---|---|
| Bryan Charnot<br>138 Loblolly Court<br>Newington, GA 30446 | Avenue Logistics , LLC.<br>325 W. Ohio St. 3rd Floor<br>Chicago, IL 60654 |

s/ Scott D. Heffron
SCOTT D. HEFFRON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-886-4190
scott.heffron@usdoj.gov